ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRENT WICKLIFFE | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 3:04-CV-2159-K |
| KEVIN COFFEY, JEFF MORAN, AND CITY OF GRANDVIEW, TX | § § § | |
| Defendants | § § | |

## STIPULATION AS TO ANSWER DATE

Now comes Plaintiff, Brent Wickliffe and the attorney for the Defendant the City of Grandview and would show as follows:

I.

The date for Defendants to Answer or file responsive Motions in the above referenced cause shall be January 5, 2005.

II.

The reason for the extended date for answering or responding is so that counsel for the City of Grandview will have an opportunity to analyze potential conflicts of interest which may or may not prohibit him from being able to represent individual Defendants Kevin Coffee and Jeff Moran. Additionally, counsel for Plaintiff and counsel for City of Grandview are exploring the possibility of an early settlement of this case.

Respectfully submitted,

*[signature]*

DOUGLAS R. LARSON
State Bar No. 1195800
**LAW OFFICE OF
DOUGLAS R. LARSON**
410 W. Main Street, Ste. 101
Mesquite, TX 75149
Phone No.: 972/329-0160
Fax No.: 972/329-6150
**ATTORNEY FOR PLAINTIFF**

Respectfully submitted,

*[signature]*

JAMES T. JEFFREY, JR.
State Bar No.: 10642300
**LAW OFFICES OF JIM JEFFREY**
2214 Park Springs Blvd.
Arlington, Texas 76013
Phone No.: (817) 261-4640
Fax No.: (817) 275-5826
**ATTORNEY FOR DEFENDANT
CITY OF GRANDVIEW**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this has been served on counsel of record for Plaintiff Douglas R. Larson, Law Office of Douglas R. Larson, 410 West Main Street, Ste. 101, Mesquite, TX 75149 via certified mail, return receipt requested and fax transmission on this 12th day of November, 2004.

*[signature]*

JAMES T. JEFFREY, JR.