

# SULLIVAN, PARKER & COOK, L.L.C.

ATTORNEYS AT LAW
2911 TURTLE CREEK BLVD.
1200 PARK PLACE
DALLAS, TEXAS 75219-6241

PHONE (214) 520-7494
TELECOPIER (214) 528-6925
EMAIL resolve1@airmail.net
WEB PAGE www.ripparker.com

**WALTER E. "RIP" PARKER**
MEDIATOR - ATTORNEY

**SALLY ANNE JONES**
MEDIATION ASSISTANT

March 1, 2005

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 8 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Court Coordinator
United States District Court for the
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Re.: No.: 3:04-CV-2159-K
Brent Wickliffe
Vs. Kevin Coffey, Jeff Moran & City of Grandview, Texas

Dear Sir or Madam:

I have been informed that the parties involved in the subject case have agreed to submit the case to mediation to be conducted by the undersigned. Mediation has been scheduled to commence on **March 31, 2005 in my offices.**

At the conclusion of the mediation, I will send you a report on the outcome.

Respectfully,

Walter E. "Rip" Parker
Mediator

WEP/gcj