## SULLIVAN, PARKER & COOK, L.L.C.

ATTORNEYS AT LAW
2911 TURTLE CREEK BLVD.
1200 PARK PLACE
DALLAS, TEXAS 75219-6241

WALTER E. "RIP" PARKER
MEDIATOR - ATTORNEY

SALLY ANNE JONES
MEDIATION ASSISTANT

April 1, 2005

PHONE (214) 520-7494
TELECOPIER (214) 528-6925
EMAIL resolve1@airmail.net
WEB PAGE www.ripparker.com



RECEIVED
APR – 8 2005
Chambers of
Judge Ed Kinkeade

Hon. Ed Kinkeade
United States District Court for the
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Re.: No.: 3:04-CV-2159-K
Brent Wickliffe vs. Kevin Coffey, Jeff Moran &
City of Grandview, Texas

Dear Judge Kinkeade:

The parties involved in the subject case agreed to submit the case to mediation and chose the undersigned as mediator. The mediation took place on **March 31, 2005.**

I am pleased to report that the mediation was successful and the lawsuit was resolved. The parties will submit the appropriate settlement documents to the Court in the near future.

Respectfully,

Rip Parker/gcj
Walter E. "Rip" Parker
Mediator

WEP/gcj

cc:   Douglas R. Larson
      James T. Jeffrey, Jr.