

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRENT WICKLIFFE | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 3:04-CV-2159-K |
| KEVIN COFFEY, JEFF MORAN, | § | |
| AND CITY OF GRANDVIEW, TX | § | |
| | § | |
| Defendants | § | |

## AGREED MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiff Brent Wickliffe (hereinafter "Plaintiff"), and Defendants, Kevin Coffey, Jeff Moran and the City of Grandview (hereinafter "Defendants") by and through their attorneys of record (hereinafter collectively "Parties") and would show this Court as follows:

1.

The Parties have resolved all claims each may have against the other. The fact that the claims have been resolved is not an admission of liability on the part of the Defendants, but is expressly made in order to buy peace and avoid the cost, uncertainty, and expense of litigation. The fact that the claims have been resolved is not an admission by Plaintiff that his claims were not valid, or that any claim or defense of Defendants against Plaintiff was valid, or an admission by Plaintiff that his suit was frivolous or groundless as alleged by the Defendants.

2.

It is the intent of the Parties to allow a final dismissal of all claims each may have against the other which are asserted in this lawsuit or which directly arose from the events that were the basis of the lawsuit.

3.

Each Party to this lawsuit by and through their attorney of record requests that the Court sign the proposed Agreed Order Granting Dismissal with Prejudice, which is presented to the Court concurrently with this Motion.

**WHEREFORE, PREMISES CONSIDERED**, the parties request that the Court grant the relief sought herein.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: _____ | By: _____ |
| DOUGLAS R. LARSON | JAMES T. JEFFREY, JR. |
| Texas Bar No. 11958000 | Texas Bar No. 10612300 |
| **Law Office Of Douglas R. Larson** | **Law Offices Of Jim Jeffrey** |
| 410 W. Main Street, Ste. 101 | 2214 Park Springs Blvd. |
| Mesquite, TX 75149 | Arlington, Texas 76013 |
| Phone 972/329-0160 | Phone: 817/261-4640 |
| Fax 972/329-6150 | Telecopier: 817/275-5826 |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |