```
```



ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRENT WICKLIFFE | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 3:04-CV-2159-K |
| KEVIN COFFEY, JEFF MORAN, | § | |
| AND CITY OF GRANDVIEW, TX | § | |
| | § | |
| Defendants | § | |

### AGREED ORDER TO DISMISS

On this date came on to be considered the Agreed Motion to Dismiss of Plaintiff, Brent Wickliffe (hereinafter "Plaintiff"), and Defendants, Kevin Coffey, Jeff Moran and the City of Grandview (hereinafter "Defendants")(hereinafter collectively referred to as "Parties"). The Court finds that all claims of the Parties asserted in this lawsuit or which directly arose from the events that were the basis of this lawsuit should be dismissed with prejudice. Each Party shall bear its own costs. It is therefore,

**ORDERED**, that such claims of all Parties to this action be, and are hereby dismissed with prejudice. The Court further orders that each party shall pay its own costs of court and expenses, including attorney's fees. It is further,

**ORDERED**, that the claim preclusive effect of this dismissal will operate to bar the reassertion of any claims which Plaintiff or Defendants brought in this action, as well as the assertion of any factually-related claims which Plaintiff or Defendants could have brought, but did not bring herein.

SIGNED on this 3rd day of May, 2005.

_____
JUDGE PRESIDING
ED KINKEADE
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

By: _____
Douglas R. Larson
Texas Bar No. 11958000

**Law Office of Douglas R. Larson**
410 W. Main Street, Ste. 101
Mesquite, TX 75149
Phone: 972/329-0160
Fax: 972/329-6150
**ATTORNEY FOR PLAINTIFF**

APPROVED AS TO FORM:

By: _____
JAMES T. JEFFREY, JR.
Texas Bar No. 10612300

**Law Offices Of Jim Jeffrey**
2214 Park Springs Blvd.
Arlington, Texas 76013
Phone: 817/261-4640
Telecopier: 817/275-5826
**ATTORNEY FOR DEFENDANTS**